JOHN F. MACENULTY, Appellant, *v.* CARNEGIE STEEL COMPANY, Respondent.

*Contract — sale — action by purchaser to recover damages alleged to have been caused by delay in delivery.*

*MacEnulty* v. *Carnegie Steel Co.,* 220 App. Div. 826, affirmed.

(Argued January 11, 1928; decided February 14, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1927, unanimously affirming a judgment in favor of defendant entered upon a verdict. The action was to recover damages alleged to have been caused plaintiff's assignor by delay in the delivery of steel plates to be used in the manufacture of freight cars under contracts made by said assignor with defendant in October and November, 1916.

*Albert Stickney* and *Hersey Egginton* for appellant.

*Nathan L. Miller, David G. George, Kenneth B. Halstead* and *William Averell Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and KELLOGG, JJ. Not sitting: LEHMAN, J. Not voting: O'BRIEN, J.